## United States District Court — Violation Notice

**CVB Location Code:** CS-S

**Violation Number:** 4037837
**Officer Name (Print):** NUNEZ
**Officer No.:** 2663

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/03/2016 0841
**Offense Charged:** ☒ USC
**Title / Section:** TITLE 18 USC 1382
**Place of Offense:** SANTEE LAKES MCAS MIRAMAR
**Offense Description / Factual Basis for Charge:** TRESPASSING ONTO GOVERNMENT PROPERTY
TITLE 18 USC 1382

### DEFENDANT INFORMATION

**Last Name:** GUZZI
**First Name:** ANTHONY III
**MI:** J

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount $ _____
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**Defendant Signature:** (signed)

Original – CVB Copy

CVB SCAN MAR 11, 2016 14:47

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03 JANUARY, 20 16 while exercising my duties as a law enforcement officer in the S District of CS

I OBSERVED A CYCLIST ON MARINE CORP AIRSTATION MIRAMAR. I TOLD THE INDIVIDUAL TO DISMOUNT HIS BICYCLE AND IDENTIFY HIMSELF. THE INDIVIDUAL WAS IDENTIFIED AS ANTHONY GUZZI SSN 620-07-33-78. GUZZI TOLD ME THAT HE WAS ON AIRSTATION PROPERTY FOR RECREATION AND HAD NO OFFICIAL BUSINESS ON PROPERTY. GUZZI WAS CITED (1) TIMES #4037837. THEN GUZZI WAS RELEASED.
JBN

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 01/03/2016
Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN MAR 11, 2016 14:47